JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. LEZINE, | Case No. CV 12-0110-JFW (DTB) |
| Petitioner, | |
| v. | **JUDGMENT** |
| VIMAL SINGH, WARDEN, | |
| Respondent. | |

In accordance with the Order Denying Petitioner's Motion for Enlargement of Time to File Habeas Petition, and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: January 26, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

JS - 6